Arthur A. King, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 29,915.

Action for personal injuries sustained in collision of freight cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 22, 1925. Rehearing denied July 10, 1925.

Kretzinger, Kretzinger & Smith, for appellant. John A. Bloomingston, for appellee; W. W. McCallum, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Herbert L. Stern et al., complainants, appellees, v. Sisson Company et al., defendants. Sisson Company, appellant. Gen. No. 30,103.

Foreclosure proceedings. Order appointing receiver. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed June 29, 1925.

Stough, Harrington, Carolan & Loy, for appellant. Mayer, Meyer, Austrian & Platt, for appellees; Isaac H. Mayer and David F. Rosenthal, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Atlantic Coast Distributors, appellee, v. Wabash Railway Company, appellant. Gen. No. 29,553.

Action for damages to freight shipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

John Gibson Hale, for appellant. H. C. Lust, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

William C. Moulton, appellee, v. Florentine Art Metal Works and Edward C. Ruttenberg, appellants. Gen. No. 29,622.

Creditor's bill. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925. Rehearing denied July 24, 1925.

Reuben J. Feldman, for appellants. Urion, Drucker, Reichmann & Boutell, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.